**David H. GOSS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3242.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2004.

**ORDER**

Order Vacated, See 2004 WL 2429549.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Dominador D. TRINOS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3256.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2004.

Dominador D. Trinos, of Counsel, Laguna, Philippines, pro se.

J. Reid Prouty, Principal Attorney, Kathryn A. Bleecker, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.